UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDUSTRIAL WINDOW CORP.

Plaintiff,

-v-

FEDERAL INSURANCE COMPANY

Defendant.

Case No. _____

Rule 7.1 Statement

'07 CIV 10959
JUDGE RAKOFF

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for INDUSTRIAL WINDOW CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None

Date: December 3, 2007

Signature of Attorney
Anthony P. Carlucci, Jr.
Attorney Bar Code: AC-7565

Form Rule7_1.pdf SDNY Web 10/2007