UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDUSTRIAL WINDOW CORP.,

                                   Plaintiff,

    -against-

FEDERAL INSURANCE COMPANY,

                                   Defendant.
-----------------------------------------------------------------X

Case No.: 07 CV 10959
(Rakoff, J.)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Federal Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                The Chubb Corporation

Dated: Woodbury, New York
       January 21, 2008

                                MILBER MAKRIS PLOUSADIS
                                                      & SEIDEN, LLP

                                By: Joseph J. Cooke (JJC 6888)
                                Attorneys for Defendant
                                Federal Insurance Company
                                1000 Woodbury Road, Suite 402
                                Woodbury, New York 11797
                                (516) 712-4000
                                File No.: 0407-0002