## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

     **LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

That on the 22nd day of January, 2008, deponent served the within **ANSWER** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                                                       LISA FRANZINO

Sworn to before me this
22nd day of January, 2008

_____
NOTARY PUBLIC

                JOHN P. GRISAFI
    Notary Public, State of New York
          No. 02GR6105432
      Qualified in Nassau County
  Commission Expires February 9, 2008