## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NASSAU    )

      **LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

      That on the 22nd day of January, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                           _____
                                                               LISA FRANZINO

Sworn to before me this
22nd day of January, 2008

_____
NOTARY PUBLIC

                      JOHN P. GRISAFI
        Notary Public, State of New York
              No. 02GR6105432
            Qualified in Nassau County
      Commission Expires February 9, 2008