## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

      **LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

      That on the 1st day of February, 2008, deponent served the within **NOTICE OF MOTION, AFFIDAVIT OF GEORGE KOUGENTAKIS IN SUPPORT OF FEDERAL'S MOTION TO DISMISS** and **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S RULE 12(b)6 MOTION TO DISMISS** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                              _____
                                              LISA FRANZINO

Sworn to before me this
1st day of February, 2008

_____
NOTARY PUBLIC

ELIZABETH ROBERTS
Notary Public, State of New York
No. 01RO6180429
Qualified in Suffolk County
Commission Expires January 14, 2012