## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      **LISA FRANZINO,** sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

      That on the 29th day of February, 2008, deponent served the within **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                               _____
                                                                LISA FRANZINO

Sworn to before me this
29th day of February, 2008

_____
NOTARY PUBLIC

                DOLORES R. DUARTE
        Notary Public, State of New York
                No. 4835464
          Qualified in Suffolk County
      Term Expires 8/31/2009