## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

     **LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

     That on the 29th day of February, 2008, deponent served the within **REPLY AFFIDAVIT OF GEORGE KOUGENTAKIS** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                          **LISA FRANZINO**

Sworn to before me this
29th day of February, 2008

_____
**NOTARY PUBLIC**

DOLORES R. DUARTE
Notary Public, State of New York
No. 4855404
Qualified in Suffolk County
Term Expires 8/31/2009