UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Civ. No.: 07 CV 10959
INDUSTRIAL WINDOW CORP.,

                Plaintiff,       **RULE 7.1 STATEMENT**

    -against-

FEDERAL INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Third-Party Plaintiff,

    -against-

BEYS GENERAL CONSTRUCTION CORP.,

                Third-Party Defendant.
------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Beys General Construction Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                              None

Dated: Woodbury, New York
       June 12, 2008

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: Joseph J. Cooke (JJC 6888)
Attorneys for Third-Party Defendant
Beys General Construction Corp.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
File No.: 0407-0002

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      **LISA FRANZINO**, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

      That on the 12th day of June, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                                          **LISA FRANZINO**

Sworn to before me this
12th day of June, 2008

      **NOTARY PUBLIC**

ANNE M. AMATULLI
Notary Public, State of New York
No. 01AM4713126
Qualified in Nassau County
Commission Expires Sept. 30, 2010