UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Civ. No.: 07 CV 10959
INDUSTRIAL WINDOW CORP.,

                        Plaintiff,   **ANSWER TO THIRD-PARTY COMPLAINT**

      -against-

FEDERAL INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                        Third-Party Plaintiff,

      -against-

BEYS GENERAL CONSTRUCTION CORP.,

                        Third-Party Defendant.
-------------------------------------------------------------X

      Third-Party Defendant, Beys General Construction Corp. ("Beys"), by its attorneys, Milber Makris Plousadis & Seiden, LLP, as and for its Answer to the Third-Party Complaint, alleges the following upon information and belief:

      1.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the Third-Party Complaint.

      2.     Admits the allegations contained in paragraph "2" of the Third-Party Complaint.

      3.     Admits the allegations contained in paragraph "3" of the Third-Party Complaint.

      4.     Admits the allegations contained in paragraph "4" of the Third-Party Complaint.

      5.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" of the Complaint.

      6.     Admits the allegations contained in paragraph "6" of the Third-Party Complaint.

7. Admits the allegations contained in paragraph "7" of the Third-Party Complaint.

8. Admits the allegations contained in paragraph "8" of the Third-Party Complaint.

9. Admits the allegations contained in paragraph "9" of the Third-Party Complaint.

10. Admits the allegations contained in paragraph "10" of the Third-Party Complaint.

11. Admits in response to Paragraph "11" of the Third-Party Complaint that Beys entered into a subcontract agreement with Industrial Window Corp. ("IWC") and begs leave to refer to that subcontract for the true content and meaning thereof.

12. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12" of the Complaint.

## AS AND FOR A RESPONSE TO THE FIRST CLAIM

13. Third-Party Defendant repeats and realleges each response to the allegations contained in paragraphs "1" through "12" of the Third-Party Complaint, as if fully set forth at length herein.

14. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14" of the Third-Party Complaint.

15. Admits the allegations contained in paragraph "15" of the Third-Party Complaint.

## AS AND FOR A RESPONSE TO THE SECOND CLAIM

16. Third-Party Defendant repeats and realleges each response to the allegations contained in paragraphs "1" through "15" of the Third-Party Complaint, as if fully set forth at length herein.

17. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "17" of the Third-Party Complaint.

18. Admits the allegations contained in paragraph "18" of the Complaint.

Dated: Woodbury, New York
       June 11, 2008

                MILBER MAKRIS PLOUSADIS
                & SEIDEN, LLP

                By: Joseph J. Cooke (JJC 6888)
                Attorneys for Third-Party Defendant
                Beys General Construction Corp.
                1000 Woodbury Road, Suite 402
                Woodbury, New York 11797
                (516) 712-4000
                File No.: 0407-0002

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

      LISA FRANZINO, sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Seaford, New York.

      That on the 11th day of June, 2008, deponent served the within **ANSWER TO THIRD-PARTY COMPLAINT** upon:

Anthony P. Carlucci, Esq. (AC7565)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Industrial Window Corp.
11 Martine Avenue, 15th Floor
White Plains, New York 10606
(914) 428-2100

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  LISA FRANZINO

Sworn to before me this
11th day of June, 2008

      NOTARY PUBLIC

ANNE M. AMATULLI
Notary Public, State of New York
No. 01AM4713126
Qualified in Nassau County
Commission Expires Sept. 30, 2010